UNITED STATES v. BOUTTELL.

(Circuit Court, S. D. New York. January 18, 1900.)

No. 2,977.

CUSTOMS DUTIES—FELT CARPETING.
  Felt carpeting, though not woven, is a carpeting of wool, dutiable under Act 1897, par. 381, and not under paragraph 370.

Curie & Smith, for importers.

H. P. Disbecker, Asst. U. S. Atty.

WHEELER, District Judge. This is felt carpeting, and, although not woven, it is carpeting of wool, and is provided for as such in paragraph 381 of the act of 1897. Therefore it does not come under paragraph 370, providing for a higher duty on "felts not woven and not specially provided for." Decision affirmed.

FISHER v. UNITED STATES.

(Circuit Court, S. D. New York. January 22, 1900.)

No. 2.545.

CUSTOMS DUTIES—MUSIC BOOKS.
  Music books, with exclusively German words, are on the free list, under Act 1894, par. 411, putting on such list "books and pamphlets printed exclusively in language other than English."

Curie & Smith, for importers.

H. C. Platt, Asst. U. S. Atty.

WHEELER, District Judge. These are music books with exclusively German words. The act of 1894, by paragraph 311, provides for a duty on "books, including pamphlets and engravings, bound or unbound, photographs, etchings, maps, music, charts, and all printed matter not specially provided for"; and, by paragraph 411, puts on the free list "books and pamphlets printed exclusively in languages other than English; also books and music, in raised print, used exclusively by the blind." The music specified in paragraph 311 is placed among photographs, etchings, maps, and charts, and seems to be music in sheets, rather than in books. Music books would be included in "all printed matter," if not otherwise specially provided for. All the language of these German music books is printed in a language exclusively other than English. They seem to be specially provided for in paragraph 411, and so to be taken out of paragraph 311. Decision reversed.